### DuFORT v. CONROY, appellant.

*Adverse possession — division fence.*

The owners of adjoining lots occupied up to a division fence for more than thirty years. *Held*, sufficient to give each title by adverse possession up to the fence. *Robinson* v. *Phillips,* 1 N. Y. Sup. 151.

APPEAL from a judgment in favor of plaintiff entered upon the report of a referee. The action was brought in Jefferson county by Auguste Du Fort against Bridget Conroy, to recover possession of a strip of land about two feet wide, claimed by both parties, who owned adjoining lands.

*B. Bagley,* for appellant.

*D. O'Brien,* for respondent.

E. DARWIN SMITH, J.

The only material point passed upon in the opinion is sufficiently stated in the head-note.

*Judgment reversed and new trial ordered.*